# Third District Court of Appeal
## State of Florida

Opinion filed February 7, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0930
Lower Tribunal No. 08-0531-P
_____


**Marlen Cantero Mesa, et al.,**
Appellants,

vs.

**The Bank of New York Mellon, etc.,**
Appellee.


An Appeal from the Circuit Court for Monroe County, Luis Garcia, Judge.

The People's Advocate, PLLC, and Joseph Brien (Hallandale Beach), for appellants.

DeLuca Law Group, PLLC, and Kimberly George (Ft. Lauderdale), for appellee.


Before LINDSEY, GORDO, and BOKOR, JJ.

PER CURIAM.

Affirmed.